John Dee Spicer
State Bar No. 18930500
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: <br><br> YOLANDA MERCEDES BENITEZ, <br><br> Debtor. | § § § § § § § § | Case No. 21-40734-elm7 |
| BEHROOZ P. VIDA, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> T.W. DOERS INVESTMENT FIRM, Inc., and LOUIS STEVENSON. <br><br> Defendant. | § § § § § § § § § § § § § | Adversary No. 22-04023 |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT, T.W. DOERS INVESTMENT FIRM, INC.

Pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P., Rule 55(a), Behrooz P. Vida, Plaintiff in the above-referenced adversary proceeding and Chapter 7 Trustee in the above-referenced bankruptcy case (the "Plaintiff"), requests that you enter the default of Defendant T.W. Doers Investment Firm, Inc. for failure to appear, answer, plead in or otherwise defend this action,

as stated in the *Declaration of Leah Duncan Bundage a/k/a Leah Duncan in Support of Request for Clerk's Entry of Default Against Defendant T.W. Doers Investment Firm, Inc.* filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Bankruptcy Court enter default against Defendant T.W. Doers Investment Firm, Inc.

Respectfully submitted,

/s/ Leah Duncan
John Dee Spicer
State Bar No. 18930500
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee