BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Yolanda Mercedes Benitez<br><br>　　　　　　　　　　Debtor(s)<br><br>Behrooz P. Vida<br>　　　　　　　　　　Plaintiff(s)<br>　vs.<br>T.W. Doers Investment Firm, Inc. et al.<br>　　　　　　　　　　Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:    21−40734−elm7<br>Chapter No.:   7<br><br>Adversary No.:    22−04023−elm |

# CLERK'S ENTRY OF DEFAULT

　　The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above−styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant T.W. Doers Investment Firm, Inc., hereby notes and dockets a Clerk's Entry of Default in the above−captioned adversary proceeding.

DATED: 12/6/22　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　by: /s/Karyn Rueter, Deputy Clerk

